**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Edward BALINT, Defendant–Appellant.**

No. 01–10731.

D.C. No. CR–01–00054–DWH.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 16, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

## MEMORANDUM **

Mark Edward Balint appeals the thirty month sentence imposed following his guilty plea conviction for armed robbery in violation of 18 U.S.C. § 2113(a). Balint contends he is entitled to a downward departure for aberrant behavior under U.S.S.G. § 5K2.20. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

A district court's discretionary refusal to depart from a prescribed sentencing guideline range is unreviewable on appeal unless the district court rested its decision on an erroneous belief that it lacked the authority to do so. *See United States v. Rivera–Sanchez,* 222 F.3d 1057, 1064 (9th Cir.2000). The district court properly exercised its discretion, and sentenced Balint within the applicable guideline range. Therefore, we lack jurisdiction to review the sentence. *Id.*

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).